IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID SWIFT,  )
             )
    Petitioner,  )
             )
    v.       )  1:04CV578
             )  Cr-89-235-01-G
UNITED STATES OF AMERICA,  )
             )
    Respondent.  )

**J U D G M E N T**

On February 3, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that petitioner's motion to modify term of imprisonment (docket no. 100) is denied, that this action is dismissed, and that finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is denied.

/s/ William L. Osteen
United States District Judge

March 23, 2006